present action, it is decided that the evidence preponderatingly shows that the defendant, induced thereto by the plaintiff, did not sell the piano after 30 days and within 60 days of the taking thereof, whereby at the time this action was begun there was an existing waiver by the plaintiff of the sale of the property. In such view, finding of fact 14 is against the weight of the evidence. That finding is "that the plaintiff did not enter into an agreement with the defendant waiving the sale of the property at public auction." Judgment reversed, upon the law and the facts, and new trial granted; costs to abide the event.

McNAMEE, Appellant, v. WESTERN UNION TELEGRAPH CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Elizabeth McNamee, as administratrix, etc., of James McNamee, deceased, against the Western Union Telegraph Company, impleaded, etc. No opinion. Reargument ordered, and case set down for January 6th, 1914. See, also, 140 App. Div. 874, 125 N. Y. Supp. 622.

McNULTY, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Patrick McNulty against the Press Publishing Company. C. J. Farley, for appellant. H. Taylor, of New York City, respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

LAUGHLIN, J., dissents.

MAGARGAL. Appellant, v. SLIFKA, Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by George C. Magargal against Morris Slifka. No opinion. Judgment unanimously affirmed, with costs.

MAHER, Appellant, v. NEW ENGLAND NAVIGATION CO., Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Timothy Maher against the New England Navigation Company. R. J. Donovan, of New York City, for appellant. W. L. Barnett, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

MAHONY v. MAHONY. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Eugene P. Mahony against Michael J. Mahony. No opinion. Motion denied, with $10 costs. Order filed. See, also, 158 App. Div. 623, 143 N. Y. Supp. 881.

MALLOUK v. AMERICAN EXCHANGE NAT. BANK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Elias N. Mallouk against the American Exchange National Bank. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1130.

In re MANDELBAUM et al. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Max Mandelbaum and another. No opinion. Decree (80 Misc. Rep. 475, 141 N. Y. Supp. 319) affirmed with costs, on opinion of Fowler, S. Order filed.

In re MANHATTAN BRIDGE THREE-CENT LINE. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of the application of the Manhattan Bridge Three-Cent Line for the appointment of commissioners, etc. No opinion. Motion to confirm report granted. See, also, 156 App. Div. 882, 141 N. Y. Supp. 1130.

MANHATTAN COMMERCIAL CO. v. PAUL. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by the Manhattan Commercial Company against Frank Paul. No opinion. Exceptions overruled, and judgment directed for plaintiff for $1,059.25, with interest from March 20, 1913, and with costs of this action and of the appeal, on authority of York v. Conde, 147 N. Y. 486, 42 N. E. 193.

In re MANHATTAN RY. CO. In re SECOND AVE. In re THIRD AVE. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of the Manhattan Railway Company, in the matter of Second Avenue, and in the matter of Third Avenue. No opinions. Applications granted. Settle orders on notice.

MARGIES v. CLYDE S. S. CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by John Margies against the Clyde Steamship Company. No opinion. Application granted. Order signed.

In re MARKS. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of Alexander Marks, an attorney. No opinion. Motion granted, and matter referred to Hon. William D. Dickey, official referee, for examination and report, together with his opinion. See, also, 143 N. Y. Supp. 1130.

In re MARKS' WILL. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the probate of the last will and testament of Sol. Marks, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the respondent.

In re MARTIN. (Supreme Court, Appellate Division, Second Department. December 5,

1913.) In the matter of Joseph Martin, an attorney. No opinion. Motion granted, and matter referred to George H. Harman, Esq., referee, in place of William F. Wyckoff. See, also, 149 App. Div. 960, 134 N. Y. Supp. 1139.

MARTIN, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Edward Martin against William H. Wheeler. M. Mackenzie, of New York City, for appellant. F. A. Dugro, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Leonora Maslanka, as administratrix, etc., of Joseph Maslanka, deceased, against the American Manufacturing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the charge of the learned trial court at folio 128 of the case on appeal respecting contributory negligence on the part of the decedent.

MASTERSON, Respondent, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by William B. Masterson against the Commercial Advertiser Association. B. N. Cardozo, of New York City, for appellant. B. Patterson, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

LAUGHLIN and CLARKE, JJ., dissent and vote for affirmance.

MATHEWS, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Albert Mathews against Fred Hill.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 153 App. Div. 933, 138 N. Y. Supp. 1129.

KELLOGG and HOWARD, JJ., dissent.

MEIGEL, Appellant, v. E. V. CRANDALL OIL & PUTTY MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by George Meigel against the E. V. Crandall Oil & Putty Manufacturing Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1130) denied.

MELEADY v. GORMAN et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Margaret Meleady against Elizabeth Gorman and others. No opinion. Judgment affirmed as to the defendant Elizabeth Gorman, with costs.

MERCHANT, Respondent, v. RYALL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Order modified, by directing that the matter covered by the sixtieth amendment to the proposed case on appeal be printed in the record on appeal, in question and answer, as it appears in the stenographer's minutes, and, as so modified, affirmed, without costs. See, also, 143 N. Y. Supp. 1130; 144 N. Y. Supp. 1129.

MERCHANT v. RYALL et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Motion to resettle order granted, to the extent of including in the case on appeal the matter from the lines 2 to 36, inclusive. See, also, 144 N. Y. Supp. 1129.

MESEROLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Catharine M. Meserole against Richard J. Williams. No opinion. Judgment affirmed, with costs, upon the authority of Meserole v. Williams, 153 App. Div. 306, 137 N. Y. Supp. 1046. See, also, 153 App. Div. 915, 138 N. Y. Supp. 1130.

METROPOLITAN TRUST CO. v. MOORE. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Metropolitan Trust Company against James A. Moore. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 153 App. Div. 893, 137 N. Y. Supp. 1129.

METZ, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Gustave F. Metz against the New York & Queens County Railway Company. No opinion. Order unanimously affirmed, with costs.

METZ, Respondent, v. New YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Lillian Metz against the New York & Queens County Railway Company. No opinion. Order unanimously affirmed, with costs.

In re MEYER. (Supreme Court, Appellate Division, First Department. November 28,